IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

INVESTORS VIII, LLC,                          3:16-CV-01595-SB
an Oregon limited liability
company,                                       ORDER

                    Plaintiff,

v.

BBP ONE, L.L.C., a Washington
limited liability company,

                    Defendant.


BROWN, Judge.

    Magistrate Judge Stacie F. Beckerman issued Findings and
Recommendation (#24) on January 30, 2017, in which she recommends
this Court grant in part and deny in part Plaintiff's Motion
(#17) for Order Awarding Plaintiff Attorneys' Fees and Costs and
award Plaintiff attorneys' fees in the amount of $16,870.00 and

1 - ORDER

costs in the amount of $1,538.97.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Beckerman's Findings and Recommendation (#24).  Accordingly, the Court **GRANTS in part** and **DENIES in part** Plaintiff's Motion (#17) for Order Awarding Plaintiff Attorneys' Fees and Costs and **AWARDS** Plaintiff attorneys' fees of **$16,870.00** and costs of **$1,538.97**.

IT IS SO ORDERED.

DATED this 21st day of February, 2017.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER